**大成 DENTONS**

Robert M. Wasnofski, Jr.

robert.wasnofski@dentons.com
D   +1 212-768-6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> Application GRANTED in part. The initial pretrial conference is hereby adjourned to August 31, 2023 at 11:00 a.m. The joint letter and proposed Civil Case Management Plan outlined in ECF No. 77 shall be due no later than one week prior to the conference date.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Date: July 25, 2023

July 25, 2023

VIA ECF
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Chanel, Inc. v. Lin et al.*, Case No. 1:23-cv-02004
       Request for Adjournment of the Initial Pretrial Conference

Dear Judge Rearden:

We represent Plaintiff Chanel, Inc. ("Chanel") in the above-referenced action. We write pursuant to Rule 2.E of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the initial pretrial conference presently scheduled for August 1, 2023 at 12:30pm via Microsoft Teams and all corresponding deadlines. *See* ECF No. 77.

Chanel and the represented defendants, Xingyun Hu, Fei Y. Lu, Yu Hou Qu, and Cai Qin Xie, are engaged in settlement discussions that could potentially resolve Chanel's claims against each of the four defendants. As these discussions remain ongoing, Chanel respectfully requests a 45-day adjournment of the initial pretrial conference date and any corresponding deadlines, including the submission of a joint letter and case management plan and scheduling order. Counsel of record for Defendants Xingyun Hu, Fei Y. Lu, Yu Hou Qu, and Cai Qin Xie, Christopher Riley, consents to this request.

Defendants Xiaole Lin, Shun Miao Ding, Guo L. Huang, Xiaowei Gao, Ming Li, Yongchan Zhang, and Xiaoliu Wang are not represented and have defaulted in this action, so Chanel did not seek their consent.

This is the first such request for an adjournment.

We thank the Court for its attention to this matter.

Very truly yours,

*R. Wa*

Robert M. Wasnofski, Jr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023