UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHANEL, INC.,

                Plaintiff,

  -against-                                                  23 **CIVIL** 2004 (JHR)

# **<u>JUDGMENT</u>**

XIAOLE LIN, SHUN MIAO DING, GUO L.
HUANG, XIAOWEI GAO, XINGYUN HU,
MING LI, FEI Y. LU, YONGCHAN ZHANG,
YU HOU QU, CAI QIN XIE, XIAOLIU WANG,
and JOHN and JANE DOES 1–100,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Notice of Voluntary Dismissal dated March 6, 2024, that the Final Judgment is entered against the Appearing Defendants and Pro Se Defendants, and voluntarily dismisses this action against the remaining defendants in this action, Shun Miao Ding, Ming Li and Yongchan Zhang, without prejudice.

**Dated:**  New York, New York

      March 6, 2024

                                                      **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                             **BY:**
                                                      _____
                                                             **Deputy Clerk**